LEWIS & LLEWELLYN LLP
  Marc R. Lewis (Bar No. 233306)
  Ryan B. Erickson (Bar No. 268239)
505 Montgomery Street, Suite 1300
San Francisco, California 94111
Telephone: (415) 800-0590
Facsimile:  (415) 390-2127
Email:     mlewis@lewisllewellyn.com
            rerickson@lewisllewellyn.com

BECK REED RIDEN LLP
  Russell Beck (*pro hac vice* application pending)
  Stephen D. Riden (*pro hac vice* application pending)
155 Federal Street, Suite 1302
Boston, MA 02110
Telephone: (617) 500-8660
Facsimile:  (617) 500-8665
Email:     rbeck@beckreed.com
            sriden@beckreed.com

Attorneys for Plaintiff Fidelity Brokerage Services LLC

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDELITY BROKERAGE SERVICES LLC, | CASE NO. 17-cv-4993-PJH_ __ |
| Plaintiff, | **SUPPLEMENTAL DECLARATION OF PETER VAN BEMMEL IN SUPPORT OF FIDELITY'S MOTION FOR TEMPORARY RESTRAINING ORDER** |
| v. | |
| BRETT ROCINE and J.P. MORGAN SECURITIES LLC. | |
| Defendants. | |

### SUPPLEMENTAL DECLARATION OF PETER VAN BEMMEL IN SUPPORT OF

### FIDELITY'S MOTION FOR TEMPORARY RESTRAINING ORDER

I, Peter Van Bemmel, solemnly affirm as follows:

1.    My name is Peter Van Bemmel.  I am over the age of eighteen (18).  All of the statements in this declaration are based on my personal knowledge, or, where indicated, based on

1

1   my investigation.  I make this declaration on behalf of Plaintiff Fidelity Brokerage Services LLC

2   ("Fidelity"), in support of its Motion for Temporary Restraining Order.

3        2.    I am currently employed as the Branch Office Manager in Fidelity's San

4   Francisco, California investor center.

5        3.    According to notes kept in the ordinary course of Fidelity's business on its

6   customer interaction software program, on or about July 27, 2017, John Stoddard, a Fidelity

7   Senior Portfolio Specialist contacted Fidelity customer KM[1] to let the customer know that Brett

8   Rocine had left Fidelity, and that a new representative would be reaching out to the customer

9   soon.

10       4.    According to records kept by Fidelity in the ordinary course of business, a

11  voicemail from KM was received by Fidelity on August 21, 2017.

12       5.    On Tuesday, September 5, 2017, I listened to a recording of the telephone

13  voicemail message from KM.

14       6.    Attached as Exhibit 1 hereto is a true and correct copy of the transcription of the

15  recorded phone call I listened to.

16       7.    After the voicemail from KM was received, Mr. Stoddard contacted KM in

17  response to the customer's voicemail.

18       Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

19  and correct and that this declaration was executed this 5th day of September 2017 in Larkspur,

20  California.

21

22                 FURTHER DECLARANT SAYETH NAUGHT.

23

24                 _____

25                 Peter Van Bemmel

26

27

28
_____

[1] Fidelity will refer to its customers by their initials to protect client confidentiality.

2

SUPPLEMENTAL DECLARATION OF PETER VAN BEMMEL
IN SUPPORT OF FIDELITY'S MOTION FOR TRO

1

## Exhibit Index

2

3  Exhibit 1:      Transcript of Voicemail Message

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUPPLEMENTAL DECLARATION OF PETER VAN BEMMEL
IN SUPPORT OF FIDELITY'S MOTION FOR TRO