**Exhibit 1**

. . . [*electronic requests for mailbox number / password*]

. . . [*electronic menu*]

Hi John, [*KM – provides phone number*] we chatted a couple of weeks ago about, um, Brett Rocine leaving Fidelity and a new person taking his place – I don't remember his name. I have never been contacted by Fidelity since Brett left and I'm having lunch with Brett this week and, um, he's already told me he planning to convince me to invest with JPMorgan and I'm a little surprised that, um, I haven't heard anything.  Maybe you could give me a call or wake somebody up, um, thanks.

. . . [*Electronic menu prompts*]