UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** September 6, 2017 (Time: 1 hour, 10 minutes)   **JUDGE:** Phyllis J. Hamilton

**Case No:** 17-cv-04993-PJH
**Case Name:** Fidelity Brokerage Services LLC v. Rocine, et al.

**Attorney(s) for Plaintiff:**   Russell Beck; Ryan Erickson; Hannah Joseph; Stacey Schmidt (in house counsel for Fidelity)
**Attorney(s) for Defendant:** Andrew Hutchison; Leonard Weintraub

**Deputy Clerk:** Kelly Collins          **Court Reporter:** Sarah Goekler

### PROCEEDINGS

Plaintiff's Motion for Temporary Restraining Order - Hearing Held.  The Court takes the matter under submission.

**Order to be prepared by:**   [] Pl [] Def [X] Court

**Notes:**

**cc:** chambers