JASON A. GELLER (SBN 168149)
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, California 94111
Telephone: (415) 490-9000
Facsimile: (415) 490-9001

Attorneys for Plaintiff,
FIDELITY BROKERAGE SERVICES LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND COURTHOUSE

| | |
|---|---|
| FIDELITY BROKERAGE SERVICES LLC, <br><br> Plaintiff, <br><br> vs. <br><br> BRETT ROCINE and J.P. MORGAN SECURITIES LLC, <br><br> Defendants. | Case No. 4:17-cv-04993-PJH <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF FIDELITY BROKERAGE SERVICES LLC'S UNOPPOSED MOTION TO EXTEND INJUNCTION ORDER PENDING RESOLUTION IN ARBITRATION** |

Before the Court is the unopposed motion of Plaintiff Fidelity Brokerage Services LLC ("Fidelity") to extend the temporary restraining order issued by the Court on September 7, 2017 (the "Injunction Order"). This matter was commenced in aid of an arbitration action presently pending with FINRA Dispute Resolution, Inc. Plaintiff has advised the Court that (a) the arbitration was commenced simultaneously with this action, and a hearing is underway in the arbitration with respect to the issue of injunctive relief, and (b) the parties anticipate that such hearing will conclude on November 7, 2017, after which the arbitration Panel will issue a ruling on Plaintiff's request for permanent injunctive relief. For this reason, Plaintiff has moved to extend the Injunction Order to remain in full force and effect through November 14, 2017. The

Court is advised that, without prejudice to their defenses and positions in the arbitration, Defendants do not oppose this motion to extend the Injunction Order as proposed by Plaintiff.

Accordingly, the Court finds that good cause exists to grant Fidelity's motion to extend the temporary restraining order issued by the Court on September 7, 2017 and ORDERS as follows:

1. Plaintiff's unopposed motion is GRANTED.

2. The September 7, 2017 Injunction Order is extended and will remain in full force and effect through and including November 14, 2017.

3. By no later than November 13, 2017 the parties shall report to the Court with respect to the status of the arbitration action, including specifically a report as to whether any action by the Court with respect to the Injunction Order will be requested prior to the November 14 expiration date established herein.

4. All other deadlines in this action are stayed pending the parties' status report on the arbitration on November 13, 2017.

IT IS SO ORDERED

DATE: 10/4/17

PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT
CHIEF DISTRICT JUDGE



# CERTIFICATE OF SERVICE

I, Yorleny Hernandez, hereby certify that on this 3rd day of October, 2017, a true and correct copy of the foregoing **[PROPOSED] ORDER GRANTING PLAINTIFF FIDELITY BROKERAGE SERVICES LLC'S UNOPPOSED MOTION TO EXTEND INJUNCTION ORDER PENDING RESOLUTION IN ARBITRATION** which was served upon the following via the Court's CM/ECF System:

Andrew M. Hutchinson
COZEN O'CONNOR
101 Montgomery Street, Suite 1400
San Francisco, CA  94101
Email: ahutchison@cozen.com

Leonard Weintraub
PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas, Ninth Floor
New York, NY 10020
Email: lw@pwlaywers.com

Russell Beck
Stephen D. Riden
BECK REED RIDEN LLP
155 Federal Street, Suite 1302
Boston, MA 02110
Email: rbeck@beckreed.com
       sriden@beckreed.com

Ryan B. Erickson
Lewis & Llewellyn LLP
505 Montgomery Street, Suite 1300
San Francisco, CA 94111
Email: rerickson@lewisllewellyn.com

*/s/ Yorleny Hernandez*
Yorleny Hernandez